UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05-CV-788-H

SHAWN CHRISTOPHER NEEDY                                                                    PLAINTIFF

v.

LOUISVILLE/JEFFERSON COUNTY                                                              DEFENDANT
METRO GOVERNMENT

**MEMORANDUM AND ORDER**

Defendant has asked the Court to reconsider its Memorandum Opinion denying summary judgment. Defendant says that the supposed direct evidence of discrimination will not support Plaintiff's claims. It may very well be correct, ultimately.

The Court has reviewed its opinion and concludes that it should stand for now. The Court recognizes that a number of issues must be addressed prior to or at trial: such as, whether the hearsay statement is actually admissible; whether it does constitute evidence from which a reasonable jury could find direct evidence of discrimination; and whether Defendant's evidence of a legitimate business reason for not choosing Plaintiff is so strong that a reasonable jury could not find for him. Even if the absence of rooms for males could have been a factor in other decisions, it is quite possible that those conditions had no influence here due to the impact of Plaintiff's misrepresentation of his job history.

The Court has serious questions whether Plaintiff can manage to surmount any, not to mention, each of these obstacles. Nevertheless, at this time based upon its prior opinion, the Court does not believe that dismissal is appropriate.

      Being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Defendant's motion to reconsider is DENIED.

cc:      Counsel of Record